JS-6

Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda N. Griffith - 288164
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com

Attorneys for Defendant UNIVERSAL RECOVERY CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WESLEY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL RECOVERY CORPORATION and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No.: ED CV 16-00130 AB KKx<br><br>[PROPOSED] JUDGMENT |

Pursuant to the Court's October 12, 2016 Order granting Defendant Universal Recovery Corporation's Motion for Summary Judgment, it is HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant and against Plaintiff Robert Wesley on Plaintiff's entire Complaint. Defendant is entitled to its costs from Plaintiff as the prevailing party pursuant to FRCP, Rule 54(d)(1).

Dated: __November 16, 2016__     By: _____
                                  Honorable André Birotte Jr.
                                  United States District Court Judge